**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LABARBARA ALFORD, ET AL.,

    Plaintiffs,

v.                                          CASE NO: 15-CV-11464-DT

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Mona K. Majzoub pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In her report filed on January 4, 2017, the magistrate judge recommended that this court grant Defendant Liberty Mutual Fire Insurance's Motion for Summary Judgment. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment {Dkt # 13} is GRANTED and the above action is DISMISSED WITH PREJUDICE.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2017

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 1, 2017, by electronic and/or ordinary mail.

                                                  S/Shawna C. Burns
                                                  Case Manager Generalist
                                                  (810) 984-2056